# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Jose L. Linares |
| v. : | Criminal No. 11-799 (JLL) |
| QUAWEE MCQUEEN : | **ORDER FOR CONTINUANCE** |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Michael H. Robertson, Assistant U.S. Attorney, appearing) and defendant Quawee McQueen (Linda D. Foster, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. As a result of the foregoing, pursuant to Title

18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this **30** day of ~~Febru~~**JAN**~~ary~~, 2012

ORDERED that this action be, and hereby is, continued until April 16, 2012; and it is further

ORDERED that Defendant shall file pretrial motions on or before March 12, 2012; and it is further

ORDERED that the Government shall respond to such motions on or before March 23, 2012; and it is further

ORDERED that the return date for pretrial motions shall be April 6, 2012; and it is further

ORDERED that the Trial shall commence on April 16, 2012 at 10:00 a.m.; and it is further

ORDERED that the period of time from February 27, 2012 through April 16, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act of 1974.

Honorable Jose L. Linares
United States District Judge

Michael H. Robertson
Assistant U.S. Attorney

Linda D. Foster, Esq.
Attorney for Quawee McQueen